# United States Court of Appeals
## Tenth Circuit
Chambers of Judge William J. Holloway, Jr.
P.O. Box 1767
Oklahoma City, Oklahoma 73101-1767

Telephone
(405) 609-5420

Facsimile
(405) 609-5429

August 30, 2004

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
  and Committee Members
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Dear Judge Lisi and Committee Members:

    I am pleased to respond to your letter of inquiry about my 2003 report . I regret the incompleteness of that report and will by this letter make the necessary additions to my 2003 Report.

    First, respecting Part VII, page 1, lines 14 and 16 dealing with "Oil & Gas Mineral Interest, Blaine County, OK" and "Oil & Gas Royalty Interests, Grant Co., OK." I wish to amend my report in both lines 14 and 16, Part B-2 by adding "None" on both lines under "Type." These additions reflect correctly that no income was received in 2003 from those interests.

    Second, respecting Part VII, page 2, lines 33 and 34, and page 3, lines 40, 42, and 43, I wish to amend my report in lines 33 and 34, Column B (1) under "Amount" to be blank and I leave the word "None" in column B (2) under "Type" as to both lines 33 and 34. As to lines 40, 42 and 43 of Part VII, page 3, I wish to amend my report to leave blank column B(1) under "Amount" and I add the word "None" in column B-2 under "Type."

    Third, as to page 3 of the attachment to Part VII referencing "Oklahoma Royalty" your letter says that these 2 properties were not in my report covering

2002. However, they were listed in lines 11 and 12, Part VII of that 2002 Report. In 2003, there was new activity in both counties which is reported in my 2003 Report and Attachment.

I am sending an original and three copies of this letter herewith, all signed by me, and I am faxing to you at the fax number on your letter a copy of this letter also.

Sincerely,



William J. Holloway, Jr.

WJH:ns
Faxed to: (202) 502-1899

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial) Holloway, Jr., William J | 2. Court or Organization US Court of Appeals, 10th Cir. | 3. Date of Report 6/10/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge, Sr.Status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⊙ Annual ● Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Courthouse 200 N.W. 4th Street Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors (Organized 7/29/03; Monthly phone conferences). | The Historical Society of the Tenth Judicial Circuit |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 00 JUN 14 P 2:29 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. O.G.E. Energy Corp. (Common Stock) | B | Dividend | K | T | None | | | | |
| 2. AT&T (Common Stock) | A | Dividend | K | T | None | | | | |
| 3. NYNEX(Com. Stock) Deleted as per 9/25/01(Committee letter) | | | | | None | | | | See part VIII, No. 1. |
| 4. Bell Atlantic (Common Stock)Deleted as per 9/25/01 | | | | | | | | | See part VIII, No. 1 additional |
| 5. Bell South (Common Stock) | B | Dividend | L | T | None | | | | |
| 6. Ameritech (Com Stock) | | | | | | | | | See VIII, No. 1 additional |
| 7. Pacific Telesis (Com Stock)Deleted 9/25/01 | | | | | | | | | See VIII,No. 1, Additional |
| 8. First State Bank, Pond Creek, OK (Common Stock) | A | None | K | W | None | | | | |
| 9. Deleted as per 9/25/01 (Committee ltr instruction) | | | | | | | | | |
| 10. 1/3 interest summer cabin, Chaffee Cnty | | None | K | W | None | | | | |
| 11. Oil & Gas Royalty, Love Co., OK, Belco Energy Payor) | A | Royalty | C | W | None | | | | See Part VIII. No. 2 |
| 12. Oil & Gas Royalty. Woods County, Sec.(Chesapeake Operating | B | Royalty | J | W | | | | | See VIII, No. 3. |
| 13. Oil & Gas Royalty Woods County,OK | | | | | | | | | See VIII, No 1 Additional |
| 14. Oil & Gas Mineral Interest,Blaine County, OK | | | J | W | | | | | No Activity |
| 15. Deleted as per 9/25/01.Committee Instruction Ltr. | | | | | | | | | See VIII, No. 1 Additional |
| 16. Oil & Gas Royalty Interests. Grant Co., OK | | | J | W | | | | | No activity |
| 17. IRA Acct. with Bank One, Okla.closed | | | | | | | | | See VIII, No. 1 additional |
| 18. Deleted as per 9/25/01. Committee Instruction Ltr | | | | | | | | | See VIII, No. 1 additional |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    Q = More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Deleted as per 9/25/01, Committee Instruction Ltr. | | | | | | | | | See VIII, No. 1 additional |
| 20. Deleted as per 9/25/01, Committee Instruction Ltr. | | | | | | | | | See VIII, No. 1. Additional |
| 21. Deleted as per 9/25/01, Committee Instruction Ltr.. | | | | | | | | | See VIII, No. 1. Additional |
| 22. Oil & Gas Royalty Interest, Morton & Kearny Cos., KS | C | Royalty | J | W | | | | | Included in Ks Royalty Item 28 |
| 23. Maple Leaf Gold Coins | | None | J | W | | | | | |
| 24. NOW Checking Account (Closed in 12/97) | | | | | | | | | See VIII, No. 1. Additional |
| 25. Checking Account - Bank One | A | Interest | J | T | | | | | |
| 26. Trust closed as reported in earlier year. | | | | | | | | | See VIII, No. 1. Additional |
| 27. Oklahoma Royalty (See Schedule A attached) | B | Royalty | J | W | | | | | See Payor Update attached |
| 28. Kansas Oil and Gas Royalty (See schedule A attached) | B | Royalty | K | W | | | | | See Payor Update attached |
| 29. Texas Royalty (See Schedule A attached) | A | Royalty | J | W | | | | | See Payor Update attached |
| 30. Pontotoc Co., OK Sec.28-5N-5W (See Schedule A attached) | | None | J | W | | | | | See Schedule A attached. |
| 31. Deleted as per 9/25/01, Committee Instruction Ltr. | | | | | | | | | See Part VIII, additional com |
| 32. Market Index Acct.with Bank One | A | Interest | L | T - | | | | | |
| 33. Lucent Technologies, Inc. (Common Stock) | A | None | J | T | | | | | |
| 34. NCR Corp. (Common Stock) | A | None | J | T | | | | | |
| 35. Charter National Bank 2-CDs now U.M.B. | B | Interest | L | T | | | | | |
| 36. SBC Communications, Inc. | C | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P4 = $More than $50,000,000
   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Bank of Oklahoma (Private label checking Account). | B | Interest | L | T | | | | | |
| 38. Vodafone Group PLC- | A | Dividend | J | T | | | | | |
| 39. NBC Bank, (Oklahoma City, OK) | B | Interest | L | T | | | | | |
| 40. AVAYA Inc. | A | No Dividend | J | T | | | | | |
| 41. Verizon Com. (formerly Bell Atlantic) | B | Dividend | L | T | | | | | |
| 42. Agere Class A | A | No Dividend | J | T | | | | | |
| 43. Agere Class B | A | No Dividend | J | T | | | | | |
| 44. Mass. Mutual Insurance Policy No. ████ | A | Dividend | J | T | | | | | Cash surrender value See VIII |
| 45. New York Life Ins. Policy No. ████ | A | Dividend | J | T | | | | | Cash surrender value See VIII |
| 46. New York Life Ins. Policy No. ████ | A | Dividend | J | T | | | | | Cash surrender value See VIII |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = More than $50,000,000

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

From Part VII - Investments and Trusts

1. Deleted as per 9/25/01, Committee Instruction Letter

2. Merged with Weston Oil, then went to
Arial. Included in Oklahoma Royalty Income #27.

3. Included in Oklahoma Royalty income #27

4. Nos. 44, 45 and 46 were added due to a review of instructions which informed me that these policies should be reported. The dividend is less the premium.

Note: We have prepaired 3 detailed attachments entitled "Payor Update." One each for Texas, Kansas and Oklahoma are attached. They show the payor of royalty or other income, the counties and the years covered. We include 1999 thru 2003 to trace for the committee the relevant history as to the oil and gas interests which the oil companies frequently transfer. Behind these 3 "Payor Updates," there is a detailed "Schedule A" listing the mineral interests, overriding royalty interests, and term royalty interests comprising the oil and gas interests of my ████ with legal descriptions. This is a breakdown of the oil and gas interests in Texas, Kansas and Oklahoma owned by my ████ and covered by the "Payor Updates" to whch Schedule a is attached. There are a few listings (see iteems 11, 12, 14, 16, 22 and 30) in Part VII, which are also coveed by the "Payor Updates." We trust that the general listings in the "Payor Updates" will clarify the reporting of the oil and gas interests.

| PAYOR UPDATE | | TEXAS | | Includes All Payers in Each Year | |
|---|---|---|---|---|---|
| **1999** | | **2000** | | **2001** | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| American Processing Allied with Knenergy | Carson (Cooper Lease) | American Processing (Allied with Kindermorgan)<br><br>One Oak Field Services | Carson (op. cit.) | OneOak Field Services | Carson (op. cit.) |
| Phillips Oil | Carson (Cooper Lease) | Phillips 66 Oil | Carson (op. cit.) | Phillips 66 Oil ½ year then Ultimar Diamond Shamrock | Carson (Op. cit.) |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Myriad Resources | Gray (op. cit.) | Myriad Resources Corp. | Gray (Op. Cit.) |
| Phillips Gas (GPM) | Gray (McLaughlin) | Phillips Gas Merged with Duke Energy | Gray (op. cit.) | Duke Energy | Gray (op. cit.) |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| **2002** | | **2003** | | **2004** | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| **One oak field services** | Carson (Cooper Lease) | Oneoak Field Services | Carson (Cooper Lease) | | |
| **Ultimar Diamond Shamrock then Valero Market Supply** | Carson (Cooper Lease) Combined 1999 | Valero Mkt. Supply | Carson (Cooper Lease) | | |
| Myriad Resources Corp. | Gray (McLaughlin Lease) | Myriad Resources Corp. | Gray (McLaghlin Lease) | | |

| PAYOR UPDATE | | TEXAS | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Duke Energy | Gray (McLaughlin | Duke Energy | Gray (McLaughlin) | PAYOR | COUNTY |

| PAYOR UPDATE | | KANSAS | | Page 1 Includes All Payers in Each Year | |
|---|---|---|---|---|---|
| 1999 | | 2000 | | 2001 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Amoco | Morton (Bear, Light, Evans) and Kearny (Johnson Gas Wells) | B P Amoco (British Petrol) | Morton (op cit.) Kearny (op. cit.) | B P Amoco | Morton (op cit.) Kearny (op. cit.) |
| Nat'l Coop Refining, LLC | Riley (Gerhart) Kingman (Butler) | Nat'l Coop Refining LLC | Riley (op cit.) Kingman (op. cit.) Graham (Anderson A&B) (See Farmland) | Nat'l Coop Refining LLC | Riley (op cit.) Kingman (op. cit.) Graham (op. cit.) |
| Equiva (Texaco Shell) | Sedgwick (Bartholmew) Barton (U.E. Wells) | Equiva | Sedgwick (op. cit.) Barton (op. cit.) | Equiva | Sedgwick (op. cit.) Barton (op. cit.) |
| Farmland October Allied with Nat'l Coop Ref. | Graham (Anderson) A & B | See above Nat'l Coop Ref., LLC | Graham Anderson A&B See Above Nat'l Coop | Nat'l Coop Ref. | (Graham See Above) Nat'l Coop |
| Genesis Crude | Stafford (Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Genesis Cruude | Stafford (op. cit.) Rawlins (op. cit.) Rooks (op. cit.) | Genesis Crude | Stafford (op. cit.) Rawlins (op. cit. Rooks (op.cit.) |
| Graham Michaelis | Kingman (Brown C) | Berexco Inc. Central Crude Condensate | Kingman (Brown C) | Berexco, Inc. Central Crude | Kingman (op. cit.) |

**1999**     **2000**     **2001**

Power Update     *Kansas*

| Graves Drilling | Kingman (Butler) | Graves Drilling (Dynagy) | Kingman (op. cit.) | Woolsey Petr. (bought Graves) | Kingman (op. cit.) |
|---|---|---|---|---|---|
| Kansas Gas Supply | Kingman (Voran A&G) | Barr Energy & OneOak Field Services<br><br>Also called OneOak Midstream Gas Supply | Kingman (Voran A&G) | Barr Energy OneOak Field Services<br><br>Also called OneOak Midstream Gas Supply | Kingman (op. cit.) |
| Lario Oil | Kearny (Johnson 1-4) | Lario Oil | Kearny (op. cit.) | Lario Oil | Kearny (op. cit.) |
| Mobil | Kearny (Johnson 1 thru 4) (7 wells) | Exxon-Mobil Corp. (Merged) | Kearny (op. it.) | Exxon Mobil Corp. | Kearny (op. cit.) |
| Ocean Energy (1099 Merit Energy) | Kingman (Spivey Unit Source) | Ocean Energy and Merit | Kingman (op. cit.) | Merit | Kingman (op. cit.) |
| One Oak Resources | Reno (Peace Creek) | OneOak Resources & Red River Energy | Reno (op. cit.) | Red River Energy | Reno (op. cit.) |
| Osborn Heirs | Kearny (Johnson) Multiple Wells | Osborn Heirs | Kearny (op. cit.) | Osborn Heirs | Kearny (op. cit.) |
| Penn Z Energy (was Pennzoil Quaker State) | Kearny (Johnson) 3 wells | Devon | Kearny (op. cit.) | Devon Energy | Kearny (op. cit.) |
| Plains Petroleum op. Allied with Barrett | Kearny (Johnson Unique) 3 wells | Plains Petrol. Merged Barrett | Kearny (op. cit.) | Plains Petrol Barrett then Williams Prod. 8/30/2001 | Kearny (op. cit.) |
| Sequoyah Trading & Transport | Kingman (Voran A&G) | Sequoyah T&T & Barr Energy | Kingman (op. cit.) | Barr Energy | Kingman (op. cit.) |
| Vastar | Kearny (Tate) | Vastar Acquired by British Petrol. | Kearny (op. cit.) | Vastar (B.P.) See Page 1 2002 | Kearny (op. Cit.) |

| PAYOR UPDATE | | KANSAS | | Includes All Payors in Each Year | |
| --- | --- | --- | --- | --- | --- |
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| S.P. America Production includes Old Amoco and Vastar | Morton (Bear, Light, Evans) Kearny (Johnson and Tate) | B.P. America Production | Morton (Bear, Light, Evans) Kearny (Johnson and Tate) | | |
| Nat'l Coop Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A & B) | National Coop Ref., LLC | Riley (Gerhardt) Kingman (Butler) Graham (Anderson A & B) | | |
| Instead of Equiva. Now Seminole Transport | Sedgwick Bartholemew 6 - 10 Barton (U.E.Wells No income) | Seminole Transport | Sedgwick( 6 - 10 Bartholemew Unit) | | |
| Genesis then Eaglewing Trading | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | Eaglewing Trading, Inc. | Stafford Modschiedler Rawlins (Bartovsky) Rooks (Sikes A) | | |
| Berexco. Inc. Central Caude | Kingman (Brown-C) Condensate | Berexco, Inc. Central Caude | Kingman (Brown C) Condensate | | |
| Woolsey Petrol See Page 2. 2001 | Kingman (Butler) | Woolsey Petrol | Kingman (Butler) | | |
| Barr Energy and Oneoak Field Services | Kingman (Voran A and G) | Barr Energy and Oneoak Field Services | Kingman (Voran A and G) | | |

| 26.. | | 2003 | | 2004 | |
|---|---|---|---|---|---|
| Lario Oil | Kearny (Johnson) 1 - 4 | Lario Oil Purchased Williams Interest July | Kearny (Johnson 1 thru 4 | | |
| Exon Mobil | Kearny (Johnson 1 - 4) 7 Wells | Exxon Mobil Corp. | Kearny (Johnson 1 thru 4) | | |
| Merit Energy | Kingman (W. Spivey Unit) | Merit Energy | Kingman (W. Spivey Unit) | | |
| Beta Op. Co. instead of Red River | Reno (Peace Creek) | Beta Op. Co. | Reno (Peace Creek) | | |
| Osborn Heirs | Kearny (Johnson) | Osborn Heirs | Kearny (Johnson) | | |
| Devon Energy | Kearny (Johnson) 3 Wells | Devon Energy | Keanry (Johnson 3 wells) | | |
| Williams Production | Kearny (Johnson) Unique 3 Wells | Production bought by Lario - see above | Kearny (Johnson) Unique 3 wells) | | |
| | | | | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Gas | S Mo | |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payors in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| Belco energy merged with Westport Oil and Gas. Then acquired by Aries Op. | Love (Leon Unit) | Aries Op. | Love (Leon Unit) (See Water Flood below) Page 2 | | |
| Chesapeake Op. Inc. | Woods (Whitlaw) and Logan. Fifi- 1 & 2 | Chesapeake Op. Inc. | Woods (Whitlaw) Logan Fifi-1 | | |
| Duke Energy | Logan (Lewis, Rosalie, Fifi 1 & 2, Miss Claudia) | Duke Energy | Logan(Lewis, Rosalie, Fifi 1 & 2, Miss Claudia | | |
| Enerwest | Garvin (W. Katie) | Enerwest | Garvin (W. Katie) | | |
| Equiva then Shell Trading | Pontotoc (Beebe Calvin | Shell Trading | Pontotoc (Beebe Calvin Sand) | | |
| Sunoco. Inc. | Pontotoc(Starr it & Mary Gordon) Logan (West Navina) | Sunoco, Inc. | Pontotoc (Starrit & Mary Gordon) Logan (West Navina | | |
| Teppco Gone See Chesapeake (Above) | Logan (Fifi) 1 & 2 | | | | |
| Shields | Logan (Babcock) (West Navina) | Shields Op. Inc. | Logan (W. Navina) Babcock-Water-Flood | | |
| Eott Energy Op. (Enron) Bankruptcy | Logan (Rosalie) from Koch (Also Bankrupt) | Eott Energy Op. (Enron) Bankruptcy | Logan (Rosalie) 1-10 | | |
| | | | | | |
| | | | | | |

| PAYOR UPDATE | | OKLAHOMA | | Includes All Payers in Each Year | |
|---|---|---|---|---|---|
| 2002 | | 2003 | | 2004 | |
| PAYOR | COUNTY | PAYOR | COUNTY | PAYOR | COUNTY |
| | | RDH Enterprises, Inc. Lease Bonus 3 year | Woods | | |
| | | L. E. Jones Op. Waterflood (Woodruff Deese Sand)Unit | Love S34 and 33 Tract 7 & 8 | | |
| | | | | | |

## SCHEDULE A.

### Assets from Helen G. Hoehn Trust
### at Liberty National Bank & Trust Co. of Oklahoma City

| MINERAL INTEREST | Value | Half Interest |
|---|---|---|
| **Graham County KS** | | |
| GRAHAM CO, KS | $ 112.50 | $ 56.25 |
| GRAHAM CO, KS | 1,791.00 | 895.50 |
| GRAHAM CO, KS | 316.36 | 158.18 |
| **Kearny County KS** | | |
| KEARNY CO, KS | 4,533.34 | 2,266.67 |
| KEARNY CO, KS | 457.38 | 228.69 |
| KEARNY CO, KS | 3,400.74 | 1,700.37 |
| KEARNY CO, KS | 5,760.51 | 2,880.26 |
| KEARNY CO, KS | 4,669.84 | 2,334.92 |
| KEARNY CO, KS | 6,709.50 | 3,354.75 |
| KEARNY CO, KS | 4,059.79 | 2,029.90 |
| KEARNY CO, KS | 3,002.23 | 1,501.12 |

### Kingman County, KS

| | | |
|---|---|---|
| KINGMAN CO, KS ███ | 178.44 | 89.22 |
| KINGMAN CO, KS ███ | 1,896.37 | 948.19 |
| KINGMAN CO, KS ███ | 2,549.27 | 1,274.64 |
| KINGMAN CO, KS ███ | 5,933.70 | 2,966.85 |

### Morton County, KS

| | | |
|---|---|---|
| MORTON CO, KS ███ | 869.61 | 434.81 |

### Norton County, KS

| | | | |
|---|---|---|---|
| NORTON CO, KS ███ | 450.00 | 225.00 | Not Delete |

### Rawlins County KS

| | | |
|---|---|---|
| RAWLINS CO, KS ███ | 2,539.44 | 1,269.72 |

### Reno County, KS

| | | |
|---|---|---|
| RENO CO, KS ███ | 780.64 | 390.32 |

### Riley County KS

| | | |
|---|---|---|
| RILEY CO, KS ███ | 3,638.00 | 1,819.00 |

### Rooks County, KS

| | | |
|---|---|---|
| ROOKS CO, KS ███████ | 135.00 | 67.50 |
| ███████ | | |
| ROOKS CO, KS ███████ | 763.96 | 381.98 |
| ███████ | | |

### Sedgwick County, KS

| | | |
|---|---|---|
| SEDGWICK CO, KS ███████ | 112.50 | 56.25 |
| ███████ | | |
| SEDGWICK CO, KS ███████ | 1,575.00 | 787.50 |
| ███████ | | |

### Stafford County, KS

| | | |
|---|---|---|
| STAFFORD CO, KS ███████ | 112.50 | 56.25 |
| ███████ | | |

## OVERRIDING ROYALTY INTEREST

### Barton County, KS

| | | |
|---|---|---|
| BARTON CO, KS ███████ | 2,425.72 | 1,212.86 |
| ███████ | | |

### Ellis County, KS

| | | |
|---|---|---|
| ELLIS CO, KS ███████ | 139.72 | 69.86 |
| ███████ | | |

███████ Kansas Total Value ------- $29,456.56

3

### MINERAL INTEREST

#### Carson County, TX

| | | |
|---|---|---|
| CARSON CO, TX ██████████ | 1,649.48 | 824.74 |

#### Gray County, TX

| | | |
|---|---|---|
| GRAY CO. TX ███████ | 6,248.66 | 3,124.33 |

Texas Total Value ———— $3,949.07

#### Garvin County, OK

| | | |
|---|---|---|
| GARVIN CO, OK ██████ | 539.84 | 269.92 |

Logan County, OK ~~Logan County, OK~~ *Not Delet*

| | | |
|---|---|---|
| LOGAN CO, OK ██████ | 1,565.71 | 782.86 |
| LOGAN CO, OK ██████ | 1,500.00 | 750.00 |
| LOGAN CO, OK ██████ | 750.00 | 375.00 |
| LOGAN CO. OK ██████ | 150.00 | 75.00 |
| LOGAN CO, OK ██████ | 1,000.00 | 500.00 |

#### Pontotoc County, OK

| | | |
|---|---|---|
| PONTOTOC CO, OK ██████ | 750.00 | 375.00 |
| PONTOTOC CO, OK ██████ | 389.76 | 194.88 |

4



| | | |
|---|---|---|
| PONTOTOC CO, OK ▓▓▓ | 75.00 | No lease or pool wells. |
| PONTOTOC CO, OK ▓▓▓ | 1,483.26 | 741.63 |
| PONTOTOC CO, OK ▓▓▓ | 281.25 | 140.63 |
| PONTOTOC CO, OK ▓▓▓ | 31.25 | 15.63 |

Woods County OK

| | | |
|---|---|---|
| WOODS CO, OK ▓▓▓ | 750.00 | 375.00 |

Woodward County, OK

| | | |
|---|---|---|
| WOODWARD CO, OK ▓▓▓ | 1,725.00 | 862.50 |

_Not Delete_

TERM ROYALTY INTEREST

Logan County, OK

| | | |
|---|---|---|
| LOGAN CO, OK ▓▓▓ | 611.60 | 305.80 |
| ▓▓▓ Oklahoma Total Value ---- | | $5,763.83 |

(Please see next page for Remarks)

5

Remarks:

Valuations above are under method W. The trustee, Liberty National Bank & Trust Co. of Oklahoma City used these bases:

1.      On producing oil royalties, income for 6 months before and after death of settlor was multiplied by 4.

2.      On producing gas royalty, income likewise for 1 year was multiplied by 7.

3.      On non-producing minerals, 1.5 x last bonus price in area in U.S. Lease Reports was used for value.

In 1989 my ███ received a ONE-HALF interest in the above trust properties. Her ███ by marriage, ███████████, created trust at Liberty National Bank & Trust Co. of Oklahoma City in 1981. Distribution of Trust interests of ███ and ███ are now recorded.

William J. Holloway, Jr.                    SCHEDULE TO PART VII

## SCHEDULE A

**Properties from Estate of Glowrene G. Hoehn**
(Judge Holloway's ▮▮▮▮▮▮▮▮▮▮▮▮
received a 1/3 interest in the properties
listed below, being one of three
children of Glowrene G. Hoehn)

### Royalty and Working Interests

| Complete Legal Description | Income | Value |
|---|---|---|
| ▮▮▮▮ Grant Co., Ok | None | $ 200 |
| ▮▮▮▮ Woods Co., Ok | None | 200 |
| ▮▮▮▮ Woods Co., Ok | None* | 200   *Not Deleted* |
| ▮▮▮▮ Garfield Co., Ok. | None | 3,500 |

### Realty Interests

| Complete Legal Description | Income | Value |
|---|---|---|
| ▮▮▮▮ Enid, Ok. ▮▮▮▮ | None | 40,000 |

*This is the property whose sale in February 1995 at a loss is described at Item 20 in Part VII of earlier report.

7

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Holloway, William J | 6/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date __June 10, 2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544